IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZU PING CHEN,                              ) | |
|                                             ) | |
|     Petitioner,        ) | |
|                                             ) | |
|     v.                 ) | CASE NO. 2:26-cv-125-ECM |
|                                             ) | |
| CHRISTOPHER BULLOCK, *Field Office*  ) | |
| *Director, New Orleans Field Office, et al.,* ) | |
|                                             ) | |
|     Respondents.       ) | |

# O R D E R

On February 24, 2026, Petitioner Zu Ping Chen ("Chen") filed a verified petition for writ of habeas corpus and complaint for declaratory and injunctive relief, arising out of the revocation of a long-standing Order of Suspension ("OSUP") by Immigration and Customs Enforcement ("ICE"). (Doc. 1). Previously, Chen filed in this Court a habeas action arising out of his concerns that his OSUP would be revoked at an upcoming ICE check-in; that case remains pending. (*See generally Chen v. Harper et al.*, Case No. 3:25-cv-970-BL (M.D. Ala.) ("*Chen I*")).

The Court held a status conference on February 25, 2026. At the status conference, Chen's counsel acknowledged that she could have filed an amended petition in *Chen I* instead of filing this new action. Additionally, counsel for the Respondents notified the Court that earlier today, Chen filed yet another lawsuit in the Northern District of Alabama, Case No. 7:26-cv-320-LCB. Chen's counsel acknowledged that she cannot maintain all three actions at the same time.

Accordingly, for the reasons stated at status conference, and for good cause, it is

ORDERED as follows:

1.      The Clerk of the Court is DIRECTED to docket the verified petition for writ of habeas corpus and complaint for declaratory and injunctive relief in this action (doc. 1) as an amended petition in *Chen v. Harper et al.*, Case No. 3:25-cv-970-BL (M.D. Ala.));

2.      The Clerk of the Court is DIRECTED to refund to Chen's counsel the $5.00 filing fee and $100.00 *pro hac vice* fee;

3.      The Clerk of the Court is DIRECTED to close this case.

DONE this 25th day of February, 2026.

　　　　　　　　　　　　　_____/s/ Emily C. Marks_____
　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE